```
Priority    ✓
Send        ✓
Enter       ✓
Closed      ___
JS-5/JS-6   ___
JS-2/JS-3   ___
Scan Only   ___
```

FILED
CLERK, U.S. DISTRICT COURT

JAN 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN HUBBS,<br><br>　　　　Petitioner,<br><br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. EDCV 07-0425-CBM(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a _de novo_ determination.

　　　IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; (3) petitioner has failed to name the proper respondent, and Judgment should be entered dismissing without prejudice the petition and action for lack of personal jurisdiction over respondent; and (4) the habeas corpus



petition is found to be a "mixed" petition, and Judgment should be entered dismissing without prejudice the pending petition and action due to petitioner's failure to exhaust some claims.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on the parties.

DATED: 1/28/08

CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE

R&Rs\07-0425.ado
12/17/07