UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN HUBBS,<br><br>　　　　Petitioner,<br><br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. EDCV 07-0425-CBM(RC)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED the petition and action should be dismissed without prejudice for lack of personal jurisdiction over respondent.

IT IS FURTHER ADJUDGED that the petition for writ of habeas corpus and the action are dismissed without prejudice for failure to exhaust some claims.

DATE: 1/28/08

　　　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

R&Rs\07-0425.jud
12/17/07